**No. 09-451. Travis Saulsberry, et al., Petitioners v. Lorri Myers.**

559 U.S. 991, 130 S. Ct. 1735, 176 L. Ed. 2d 211, 2010 U.S. LEXIS 2215.

March 8, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 344 Fed. Appx. 457.